Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1532
(Interference No. 105,424)


MARTIN GOLDBERG, MARTIN DIGGELMAN, EARL HUBBELL,
GLENN MCGALL, NAM QUOC NGO, MACDONALD MORRIS,
MEL YAMAMOTO, JENNIFER TAN, and RICHARD P. RAVA,

Appellants,

v.

JAY K. BASS, JOHN F. MCENTEE, TIM J. LAZARUK,
MARYAM MOBED-MIREMADI, and BRENT T. TOLOSKO,

Appellees.


Stephen C. Holmes, Affymetrix, Inc., of Emeryville, California, argued for appellants. On the brief were Oliver R. Ashe, Jr., and Azadeh S. Kokabi, ASHE, P.C., of Reston, Virginia. Of counsel was Sandra E. Wells, Affymetrix, Inc., of Santa Clara, California.

Steven B. Kelber, Jagtiani + Guttag, of Fairfax, Virginia, argued for appellees.


Appealed from: United States Patent and Trademark Office
                        Board of Patent Appeals and Interferences

Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1532
(Interference No. 105,424)


MARTIN GOLDBERG, MARTIN DIGGELMAN, EARL HUBBELL,
GLENN MCGALL, NAM QUOC NGO, MACDONALD MORRIS,
MEL YAMAMOTO, JENNIFER TAN, and RICHARD P. RAVA,

Appellants,

v.

JAY K. BASS, JOHN F. MCENTEE, TIM J. LAZARUK,
MARYAM MOBED-MIREMADI, and BRENT T. TOLOSKO,

Appellees.


# Judgment


ON APPEAL from the     United States Patent and Trademark Office
                               Board of Patent Appeals and Interferences

in CASE NO(S).           105,424

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (MICHEL, <u>Chief Judge</u>, LOURIE, and LINN, <u>Circuit Judges</u>).

             AFFIRMED. <u>See</u> Fed. Cir. R. 36.


                         ENTERED BY ORDER OF THE COURT


DATED  July 15, 2008              <i>/s/ Jan Horbaly</i>
                                  Jan Horbaly, Clerk